UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEER5, INC., <br><br> Defendant. | Case No. 19-cv-00294-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 17 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: July 29, 2019

_____
WILLIAM H. ORRICK
United States District Judge